UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CALVIN ROWELL, JR.,

        Plaintiff,

-against-

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY

        Defendant.

NOT FOR PRINT OR
ELECTRONIC PUBLICATION
**MEMORANDUM & ORDER**

05-CV-1592(CBA)(JMA)

AMON, UNITED STATES DISTRICT JUDGE

    On May 7, 2008, the Court referred this case to the Honorable Joan M. Azrack, United States Magistrate Judge, for a Report and Recommendation on a motion by plaintiff Calvin Rowell for attorney fees pursuant to 42 U.S.C. § 406(b)(1).

    This Court has received the report of Magistrate Judge Azrack dated June 27, 2008 recommending that plaintiff be awarded $27,413.19 in attorney fees. The Court notes that plaintiff supports his attorney's request for fees and that the Commissioner of Social Security confirmed the amount requested. No party has objected to the Report and Recommendation. The Court hereby adopts the well-reasoned Report and Recommendation of June 27, 2008 as its opinion.

    The Clerk of the Court is directed to close the case.

    SO ORDERED.

Dated:    Brooklyn, New York
            July __, 2008

s/Hon. Carol B. Amon
_____
Carol Bagley Amon
United States District Judge